**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

OUR CHILDREN'S EARTH
FOUNDATION, a non-profit corporation

Plaintiff,

v.

LEE ZELDIN, in his official capacity as the
Administrator of the United States
Environmental Protection Agency,

Defendant.

Case No. 4:23-cv-04955-AMO

**JOINT NOTICE TO COURT OF THIRD STIPULATION TO MODIFY CONSENT DECREE (DKT. NO. 30)**

Defendant Lee Zeldin, in his official capacity as the Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), and Plaintiff Our Children's Earth Foundation file this stipulation notifying the Court that the parties have agreed to an extension of the deadline for final action on one state implementation plan ("SIP") submission submitted to EPA by the State of Arizona. The aforementioned deadline is set forth in Paragraphs 1.k. of the Consent Decree entered by the Court on May 29, 2024 (Dkt. No. 30). Paragraph 5 of the Consent Decree provides, inter alia, that "[t]he deadlines established by this Consent Decree may be extended (a) by written stipulation of Plaintiff and the Administrator with notice to the Court . . . ." Consent Decree, ¶ 5;

WHEREAS, the Consent Decree provides that the appropriate EPA official shall "sign a notice of final rulemaking to approve, disapprove, conditionally approve, or approve in part and conditionally approve or disapprove in part, *Arizona Department of Environmental Quality – Area A – CBG Program Update and Removal of the GSAP* (SPeCS Review Page ID No. 240562), a SIP revision submitted by Arizona on or around June 17, 2021, no later than December 15, 2025," ("ADEQ CBG Program SIP"). Consent Decree, ¶ 1.k.;

WHEREAS, the Parties filed a stipulation on November 24, 2025 to extend, *inter alia*, EPA's deadline to complete its obligation under paragraph 1.k from December 15, 2025 to June 15, 2026. Dkt. No. 36.

WHEREAS, EPA submits that there is good cause for the stipulated extension. EPA represents the following: (1) EPA needs additional time in light of unexpected delays that have occurred beyond those previously anticipated in the November 24, 2025 extension to sign a notice of final rulemaking to approve, disapprove, or conditionally approve, in full or in part, the ADEQ CBG Program SIP submission; (2) EPA has met or will meet all other deadlines in the consent decree, including those extended under the Joint Notices to the Court of Stipulation to Modify the Consent Decree filed on November 14, 2024 and November 24, 2025 (Dkt. Nos. 34, 36); (7) the ADEQ CBG Program SIP is a highly specialized area with limited EPA Region 9 staff able to work on the rule; (8) acting on the ADEQ CBG Program SIP has been more time and resource intensive than originally anticipated, given the specialized nature of the submission; and (9) the additional time will allow EPA sufficient time to complete action on the ADEQ CBG Program SIP with its limited resources;

WHEREAS, the parties have agreed to an extension of the action in Paragraph 1.k. from June 15, 2026 to October 15, 2026;

NOW THEREFORE, Plaintiff and EPA hereby stipulate as follows:

1.     EPA's deadline to perform the actions described in Paragraph 1.k. of the Consent Decree (Dkt. No. 30, ¶¶ 1.k.) is extended to October 15, 2026.

Date: May 22, 2026                          Respectfully submitted,


/s/ Rachel D. Martinez                      /s/ Stuart Wilcox (email auth. 5/8/2026)
Rachel D. Martinez (FL Bar No. 1049812)     Stuart Wilcox (CA Bar No. 327726)
United States Department of Justice         Christopher Sproul (CA Bar No. 126398)
Environment & Natural Resources Division    Our Children's Earth Foundation
150 M Street N.E.                           5135 Anza Street
Washington, D.C. 20002                      San Francisco, CA 94121
Tel: (202) 616-5589                         Tel: (415) 533-3376
rachel.martinez@usdoj.gov                   csproul@enviroadvocates.com
Counsel for Defendant                       swilcox@enviroadvocates.com
                                            Counsel for Plaintiff

GRANTED

Judge Araceli Martínez-Olguín

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 5/26/2026

JOINT NOTICE TO COURT OF STIPULATION TO MODIFY CONSENT DECREE (DKT. NO. 30)
CASE NO. 4:23-CV-04955-AMO